

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-22-00046-CR

Shawn Edward **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2021-02557
Stephen Ellis, Judge Presiding

# O R D E R

Appellant's brief was due May 2, 2022. On that day, appellant filed a motion requesting a thirty-day extension of time to file his brief. After consideration, we **grant** the motion and **order** appellant's brief due **by June 1, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court